1  Laura Krank
   Attorney at Law: 220208
   Law Offices of Rohlfing & Kalagian
2  211 East Ocean Boulevard, Suite 420
   Tel: (562) 437-7006
3  Fax: (562) 432-2935
   E-mail: Laura_RK.office@speakeasy.net
4  Attorneys for Eva Javurek

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EVA JAVUREK | Case No.: CV 09-4416 E |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER |
| vs. | |
| MICHAEL ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Based upon the parties Stipulation to Dismiss, this matter is hereby dismissed with prejudice.

DATED: 10/22/09

_____
UNITED STATES MAGISTRATE JUDGE

-1-